| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SCSBN9990 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Respondents                                      *E-FILED - 6/6/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| VICTOR GARCIA-GARCIA, | ) | No. C-07-1275-RMW |
| Petitioner, | ) | |
| v. | ) | **STIPULATION TO A BRIEFING SCHEDULE; AND [[ ORDER** |
| ALBERTO GONZALES, Attorney General of the United States; EXECUTIVE OFFICES FOR IMMIGRATION REVIEW; MICHAEL CHERTOFF, Director of the Dept. Of Homeland Security; and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) | |
| Respondents. | ) | |

Petitioner, by and through his attorneys of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following briefing schedule in the above-entitled action.

| | |
|---|---|
| Respondents' Opposition to TRO: | June 1, 2007 |
| Petitioner's Reply: | June 8, 2007 |
| Hearing: | June 22, 2007 |

The respondents agree not to remove the petitioner until this Court rules on the TRO

STIPULATION TO A BRIEFING SCHEDULE
C-07-1275-RMW                                                       1

1  application.

3  Date: May 25, 2007                              Respectfully submitted,

4                                                  SCOTT N. SCHOOLS
                                                   United States Attorney

7                                                   /s/
                                                   EDWARD A. OLSEN
8                                                  Assistant United States Attorney
                                                   Attorneys for Respondents

11 
   Date: May 25, 2007                               /s/
12                                                 LAMAR PECKHAM
                                                   Attorney for Petitioner

15                                          **ORDER**

17         Pursuant to stipulation, IT IS SO ORDERED.

19 Date:  6/6/07                            *Ronald M. Whyte*
                                            _____
20                                          RONALD M. WHYTE
                                            United States District Judge

STIPULATION TO A BRIEFING SCHEDULE
C-07-1275-RMW                                      2