1  SCOTT N. SCHOOLS, SCSBN9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-7169

7  Attorneys for Respondents              *E-FILED - 6/6/07*

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

VICTOR GARCIA-GARCIA,            )   No. C-07-1275-RMW
                                 )
     Petitioner,                 )   *AMENDED*
                                 )
     v.                          )   STIPULATION TO A BRIEFING
                                 )   SCHEDULE; AND [[ ORDER
ALBERTO GONZALES, Attorney       )
General of the United States;    )
EXECUTIVE OFFICES FOR            )
IMMIGRATION REVIEW; MICHAEL      )
CHERTOFF, Director of the Dept. Of )
Homeland Security; and UNITED    )
STATES IMMIGRATION AND           )
CUSTOMS ENFORCEMENT,             )
                                 )
     Respondents.                )
                                 )

Petitioner, by and through his attorneys of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following briefing schedule in the above-entitled action.

Respondents' Opposition to TRO:      June 1, 2007

Petitioner's Reply:                  June 8, 2007

Hearing:                             June 26, 2007 @ 9:00 a.m.

The respondents agree not to remove the petitioner until this Court rules on the TRO

STIPULATION TO A BRIEFING SCHEDULE
C-07-1275-RMW                        1

application.


Date: May 25, 2007                          Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney



                                                    /s/
                                            EDWARD A. OLSEN
                                            Assistant United States Attorney
                                            Attorneys for Respondents



<u>Date: May 25, 2007</u>
                                                    /s/
                                            LAMAR PECKHAM
                                            Attorney for Petitioner



**ORDER**

    Pursuant to stipulation, IT IS SO ORDERED.

                                            *Ronald M. Whyte*
Date:  6/6/07                               _____
                                            RONALD M. WHYTE
                                            United States District Judge

STIPULATION TO A BRIEFING SCHEDULE
C-07-1275-RMW                              2